JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND HAGLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE BEST SERVICE CO., INC., EQUIFAX, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No. CV 20-5248 MWF (PVCx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

　　IT IS SO ORDERED.

Dated:  December 2, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge